IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

CYNTHIA PULSE,

    Plaintiff,

vs.                                           Civil No. 05-1313 - T/An

JOHN E. POTTER, Postmaster General,
United States Postal Service,

    Defendant.

---

ORDER GRANTING DEFENDANT'S MOTION
FOR ADDITIONAL TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT

---

Upon motion of the United States, it appears that Defendant will need additional time to answer or otherwise respond to the Complaint. For good cause shown, it is therefore

ORDERED that Defendant has until January 9, 2006, to answer or otherwise respond to the complaint.

S. Thomas Anderson USMJ
~~Chief Judge James D. Todd~~   12-29-05
United States District Court

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 12/29/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 1:05-CV-01313 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Lawrence J. Laurenzi
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT